**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ZAKIAH CHANTE FREEMAN ADMINISTRATRIX OF THE ESTATE OF ZAFIQ A. FREEMAN  :  :  :  :  : | CIVIL ACTION |
| v.  : | No. 22-1196 |
| THE GEO GROUP, INC., ET. AL.  :  :  :  : | |

**GOOD FAITH STATEMENT OF RESIDENCY OF DEFENDANTS, GEO REENTRY SERVICES, LLC AND GEO SECURE SERVICES, LLC.**

Defendants, GEO Reentry Services, LLC and GEO Secure Services, LLC, by and through their attorneys, Robert M. DiOrio and Matthew H. Fry, hereby set forth this Good Faith Statement of Residency as follows:

1. Defendant, GEO Reentry Services, LLC has two members, GEO Operations, Inc. and GEO Corrections Holdings, Inc.

2. Member GEO Operations, Inc. is a Florida Corporation with a principal place of business in Boca Raton, Florida.

3. Member GEO Corrections Holdings, Inc. is a Florida Corporation with a principal place of business in Boca Raton, Florida.

4. Defendant, GEO Secure Services, LLC has two members, GEO Operations, Inc. and GEO Corrections Holdings, Inc.

5. Member GEO Operations, Inc. is a Florida Corporation with a principal place of business in Boca Raton, Florida.

6.Member GEO Corrections Holdings, Inc. is a Florida Corporation with a principal place of business in Boca Raton, Florida.

7.Thus, both Defendants GEO Reentry Services, LLC and GEO Secure Services, LLC have the same members, and none are citizens of Pennsylvania, but rather are incorporated and have principal places of business in the State of Florida.

Respectfully submitted:

**DiORIO & SERENI, LLP**

Date: April 12, 2022**BY:** /s/ *Robert M. DiOrio*
**ROBERT M. DIORIO, ESQ.**
Attorney ID No. 17838

 /s/ *Matthew H. Fry*
**MATTHEW H. FRY, ESQ.**
Attorney ID No. 83131
21 West Front Street
P.O. Box 1789
Media, PA 19063
(610) 565-5700 (telephone)
(610) 891-0652 (facsimile)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZAKIAH CHANTE FREEMAN** : <br> **ADMINISTRATRIX OF THE ESTATE** : <br> **OF ZAFIQ A. FREEMAN** : <br> : <br> **v.** : <br> : <br> **THE GEO GROUP, INC., ET. AL.** : <br> : <br> : | **CIVIL ACTION** <br><br> **No. 22-1196** |

## CERTIFICATE OF SERVICE

We, Robert M. DiOrio and Matthew H. Fry, attorneys for Defendants, hereby certify that a true and correct copy of the foregoing Good Faith Statement of Residency was filed electronically via the Court's Electronic system on the date below and is available for viewing and download by all counsel of record.

Respectfully submitted:
**DiORIO & SERENI, LLP**

Date: April 12, 2022          **BY:**     /s/ *Robert M. DiOrio*
**ROBERT M. DIORIO, ESQ.**
Attorney ID No. 17838

/s/ *Matthew H. Fry*
**MATTHEW H. FRY, ESQ.**
Attorney ID No. 83131
21 West Front Street
P.O. Box 1789
Media, PA 19063
(610) 565-5700 (telephone)
(610) 891-0652 (facsimile)